No. 77–1274. ALUMINUM COMPANY OF AMERICA ET AL. *v.* CUYAHOGA COUNTY BOARD OF REVISION ET AL. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 77–1280. E. F. I., INC. *v.* M. I. I., DBA MARKETERS INTERNATIONAL, INC., ET AL. Ct. Civ. App. Tex., 14th Sup. Jud. Dist. Certiorari denied.

No. 77–1286. CITY OF EAST DETROIT *v.* LLEWELLYN ET AL.; CITY OF EAST DETROIT *v.* VICKERY ET AL.; and CAPRI THEATRE CO., INC. *v.* CITY OF EAST DETROIT ET AL. Sup. Ct. Mich. Certiorari denied.

No. 77–1309. MARYLAND PUBLIC INTEREST RESEARCH GROUP *v.* ELKINS, PRESIDENT, UNIVERSITY OF MARYLAND, ET AL. C. A. 4th Cir. Certiorari denied.

No. 77–1406. GAETANO ET AL. *v.* SILBERT, U. S. ATTORNEY. C. A. D. C. Cir. Certiorari denied.

No. 77–5941. BHONGSUPATANA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 77–5951. SMITH *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 77–5957. CEDILLO *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 77–6084. EMINHIZER *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 77–6100. WASHINGTON *v.* IOWA. Sup. Ct. Iowa. Certiorari denied.